```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 59096
   JIMMIE GILLIAND
   BERESA GILLIAND                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-5413      SSN XXX-XX-5890

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
B-LINE LLC                UNSEC W/INTER    15378.94        1371.08       15378.94
BANK ONE                  NOTICE ONLY    NOT FILED            .00            .00
BANK ONE                  NOTICE ONLY    NOT FILED            .00            .00
BI ANESTHESIA             UNSEC W/INTER  NOT FILED            .00            .00
BLUE ISLAND PATHOLOGY     UNSEC W/INTER      340.00          24.43         340.00
CINGULAR                  UNSEC W/INTER  NOT FILED            .00            .00
CITI                      NOTICE ONLY    NOT FILED            .00            .00
CITIBANK                  NOTICE ONLY    NOT FILED            .00            .00
GREGORY EMERGENCY PHYSIC  UNSEC W/INTER  NOT FILED            .00            .00
HEART CENTER              UNSEC W/INTER  NOT FILED            .00            .00
INTERNAL MED ONCOLOGY AS  UNSEC W/INTER  NOT FILED            .00            .00
BANK ONE                  UNSEC W/INTER  NOT FILED            .00            .00
PRONGER SMITH MEDICAL AS  UNSEC W/INTER      553.80          49.48         553.80
QUEST DIAGNOSTICS         UNSEC W/INTER  NOT FILED            .00            .00
SOUTHWEST MEDICAL CONSUL  UNSEC W/INTER  NOT FILED            .00            .00
ST JAMES HOSPITAL & HEAL  UNSEC W/INTER  NOT FILED            .00            .00
LITTLE CO OF MARY HOSPIT  UNSEC W/INTER  NOT FILED            .00            .00
METRO INFECTIOUS DISEASE  UNSEC W/INTER  NOT FILED            .00            .00
URBAN & BURT LTD          DEBTOR ATTY       1,394.00                      1,394.00
TOM VAUGHN                TRUSTEE                                         1,161.07
DEBTOR REFUND             REFUND                                            127.20

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 20,400.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      16,272.74
   INTEREST                                     1,444.99

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 59096 JIMMIE GILLIAND & BERESA GILLIAND
```

```
ADMINISTRATIVE                                            1,394.00
TRUSTEE COMPENSATION                                      1,161.07
DEBTOR REFUND                                               127.20
                                   ---------------   ---------------
TOTALS                                   20,400.00         20,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
   Dated: 06/26/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```